# EXHIBIT A

On Jul 11, 2024, at 3:16 PM, Ryan Lane <ryan@congobrands.com> wrote:

Tim / Hevan – as discussed on the phone last night I am attaching the reports from our internal review and supporting documents from third party testing.

Note that there were 24 affected lots outlined in the excel file. Of those 3 are expired and we have removed them and the associated testing cost from the quality claim total of $3,130,856.02.

We are willing to provide any additional information that is readily available and to cooperate in any additional review that Agrovana would like to perform.

Ryan Lane
P – 618.593.9867

*Disclaimer: This electronic message is intended for transmission by Congo LLC to authorized persons only. It may contain information that is confidential, privileged, proprietary or subject to other confidentiality protections. It is not intended for transmission to, or receipt by, any unauthorized persons. If you are not authorized to receive this message, you may not review, copy, forward or otherwise distribute this message. If you have received this message in error, please notify the sender by reply e-mail and delete it from your system. Thank you.*

**From:** Wyatt Bryant <Wyatt.Bryant@congobrands.com>
**Date:** Thursday, July 11, 2024 at 2:41 PM
**To:** Ryan Lane <ryan@congobrands.com>
**Subject:** Agrovana Coconut Claim Documentation 7.11.24

Attached Documents:

- Powdered Coconut Lot Failure and Inventory Levels, with photo evidence of Foreign Material
- Eurofins Lab analysis report of all Foreign Materials found during the inspection
- Congo Brands Coconut Inspection Protocol/process
- Detailed Inventory pass/fail data table and total COGS summary for all failed lots
- CAPA of Lot K-CWP05C1 – The first lot identified with foreign material at Manna Anaheim location which started the full investigation.

# Wyatt Bryant

VP, Manufacturing and Innovation
Wyatt.Bryant@congobrands.com
P: (502) 523-8148

| Lot Numbers | Failure Reason: | Amount in Inventory | Expiration dates |
|---|---|---|---|
| K-CWP08C3 | Foreign Material | 23,100 lbs | 08/15/24 |
| K-CWP08D5 | Foreign Material | 10,780 lbs | 08/27/24 |
| K-CWP09C6 | Foreign Material | 18,480 lbs | 09/15/24 |
| K-CWP09D1 | Foreign Material | 23,100 lbs | 09/25/24 |
| K-CWP10A1 | Foreign Material | 15,400 lbs | 10/2/24 |
| K-CWP10A10 | Foreign Material | 3,080 lbs | 10/6/24 |
| K-CWP11A7 | Foreign Material | 1,540 lbs | 11/3/24 |
| NVR-CWP-2440K | Foreign Material | 92,345 lbs | 9/9/24 |
| NVR-CWP-2452K | Foreign Material | 92,345 lbs | 10/15/24 |
| NVR-CWP-2455K | Foreign Material | 61,600 lbs | 11/4/24 |
| K-CWP09D4 | Foreign Material | 1,650 lbs | 9/26/24 |
| K-CWP11B1 | Foreign Material | 11,550 lbs | 11/7/24 |
| K-CWP10A8 | Foreign Material | 18,019.38 lbs | 10/5/24 |
| K-CWP05C1 | Foreign Material | 6,817.85 lbs | 5/14/24* |
| K-CWP06B3 | Foreign Material | 1,542.8 lbs | 6/14/24* |
| K-CWP08B11 | Foreign Material | 3,080 lbs | 8/24/24 |
| NVR-CWP-2423K | Foreign Material | 18,292.28 lbs | 7/20/24 |
| NVR-CWP-2428K | Foreign Material | 28,774.76 lbs | 8/4/24 |
| NVR-CWP-2407K | Foreign Material | 1,650 lbs | 5/9/24* |
| NVR-CWP-2456K | Foreign Material | 61,600 lbs | 11/14/24 |
| NVR-CWP-2460K | Foreign Material | 61,600 lbs | 1/11/25 |
| NVR-CWP-2462K | Foreign Material | 61,600 lbs | 1/17/25 |
| K24-CWP01B6 | Foreign Material | 30,800 lbs | 1/12/25 |
| K24-CWP01C5 | Foreign Material | 30,800 lbs | 1/17/25 |

*expired batches as of 7/11/24

| Lot Code | Photos |
|---|---|
| K-CWP08C3 |  |
| K-CWP-08D5 | |

| K-CWP09C6 |  |
|---|---|
| K-CWP09D1 | |



| K-CWP10B4 | |
|---|---|
| |  |
| K-CWP11A7 | |

| NVR/CWP/2440K |  |
| NVR/CWP/2452K | |

| NVR/CWP/2455K |  |
| --- | --- |
| K-CWP09D4 | |

| K-CWP11B1 |  |
| K-CWP10A8 | |

| K-CWP05C1 |  |
| K-CWP06B3 | |

| K-CWP08B11 | |
|---|---|
| NVRCWP2423K | |



| NVRCWP2428K |  |
| --- | --- |
| NVR-CWP2407K | |

| NVR-CWP-2456K |  |
| NVR-CWP-2460K | |
| NVR-CWP-2462K | |

| K24-CWP01B6 |  |
| K24-CWP01C5 | |

1. **PURPOSE**
   **1.1.** To verify the quality of the raw material, coconut powder for use in production of PRIME Hydration
2. **SCOPE**
   **2.1.** To meet the standards and specifications of foreign matter in Coconut Water Powder that are set by the raw material specification sheet.
3. **DEFINITIONS**
   **3.1.** COA: Certificate of Analysis
   **3.2.** Foreign Matter: Foreign matter or material is defined as any non-food substance, foreign body, or contaminants that may cause illness or injury to the consumer. These materials are not typically part of the raw material ingredient and are not intended to be present in the final food product.
   **3.3.** Color: Color is the quality of an object or substance concerning the light it reflects.
4. **RESPONSIBILITIES**
   **4.1.** Quality Assurance Specialist:
      4.1.1. Receive in 1 box of coconut per lot/batch and capture lot code
      4.1.2. Follow procedure for raw material receiving and coconut water powder inspection
5. **PROCEDURE**
   **5.1. Raw Material Receiving**
      5.1.1. Verify the COA
      5.1.2. Capture the lot code
   **5.2. Coconut Powder Inspection**
      5.2.1. Receive and open one box of coconut water powder per lot/batch
      5.2.2. Review the powder against coconut water powder specifications
      5.2.3. Ensure powder is free of excess moisture.
      5.2.4. Odor: coconut/nutty/earthy. No evidence of off odor.
      5.2.5. Appearance: sheet white, ivory, cream, almond, light beige.
         ***5.2.5.1. <u>See attachment 6.1 and 6.2 for approved and unapproved colors of powder.</u>***
         ***5.2.5.2. <u>The first three of six samples are approved colors by Congo QA for CWP, remaining three are OUT of Specification</u>***
      5.2.6. Review for Foreign Matter: For every 1,000lbs of coconut powder received, inspect 1%. Ex: 1,000lbs inspect 10lbs of coconut powder.
         ***5.2.6.1. <u>See attachments 6.3-6.6 for examples of foreign material</u>***
         5.2.6.2. Inspection:
            5.2.6.2.1. Sift through 1% of coconut powder using first a 2 mm screen, then 0.7mm screen.
      5.2.7. Approve the lot and capture the approved lot code
   **5.3. Rejection Criterion:**
      5.3.1. Failure to meet color/appearance standard
      5.3.2. Failure to meet odor standard
      5.3.3. Failure if any foreign material is identified
         ***5.3.3.1. <u>If any lot of coconut water powder fails inspection, place on Hold and notify Congo Brands Quality Representative</u>***
   **5.4. Escalation Protocol**
      **5.4.1. <u>Coconut Water Powder passes procedural inspection</u>**
         5.4.1.1. Accept lot and move into inventory
      **5.4.2. <u>Coconut Water Powder fails procedural inspection</u>**
         5.4.2.1. Place on hold and notify Congo Brands Quality Unit

## 6.  ATTACHMENTS & DOCUMENTS



6.1.

6.2.

6.3.

6.4.



6.5.

6.6.

**Coconut Inspection**

| Lot Code | Expiration | Pass/Fail | Testing Cost | Savannah River Inventory | $ | Freight in | Black Mountain | $ | Freight in | Manna Anaheim | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| K-CWP08C3 | 8/15/2024 | Fail | | | | | 23,100 | $ 80,619.00 | $ 50,719.35 | | $ - |
| K-CWP08D5 | 3/27/2024 | Fail | | | | | 10,780 | $ 37,622.20 | $ 23,585.96 | | $ - |
| K-CWP09C6 | 9/15/2024 | Fail | | | | | 18,480 | $ 64,495.20 | $ 36,357.30 | | $ - |
| K-CWP09D1 | 9/25/2024 | Fail | | | | | 23,100 | $ 80,619.00 | $ 45,161.99 | | $ - |
| K-CWP10A1 | 10/2/2024 | Fail | | | | | 15,400 | $ 53,746.00 | $ 30,029.00 | | $ - |
| K-CWP10A10 | 10/6/2024 | Fail | | | | | 3,080 | $ 10,749.20 | $ 6,001.48 | | $ - |
| K-CWP11A7 | 11/3/2024 | Fail | | | | | 1,540 | $ 5,374.60 | $ 2,982.00 | | $ - |
| NVR/CWP/2440K | 9/3/2024 | Fail | | 92,345 | $ 322,284.05 | $ 183,870.63 | | $ - | | | $ - |
| NVR/CWP/2452K | 10/15/2024 | Fail | | 92,345 | $ 322,284.05 | $ 39,134.11 | | $ - | | | $ - |
| NVR/CWP/2456K | 11/4/2024 | Fail | | 61,600 | $ 214,984.00 | $ 32,305.74 | | $ - | | | $ - |
| K-CWP09D4 | 9/26/2024 | Fail | $ 6,000.00 | | | | 1,540 | $ 5,374.60 | $ 2,982.00 | | $ - |
| K-CWP11B1 | 11/7/2024 | Fail | | | | | | $ - | | | $ - |
| K-CWP10A3 | 10/5/2024 | Fail | $ 2,800.00 | | | | | $ - | | 16,479 | $ 57,513.04 |
| K-CWP05C1 | 5/14/2024 | Fail | $ 2,800.00 | | | | | $ - | | 6,818 | $ 23,794.30 |
| K-CWP06B3 | 6/14/2024 | Fail | | | | | | $ - | | 1,543 | $ 5,384.37 |
| KCWP08B11 | 8/24/2024 | Fail | $ 2,800.00 | | | | 3,080 | $ 10,749.20 | $ 6,706.26 | | $ - |
| NVRCWP2423K | 7/20/2024 | Fail | | | | | | $ - | | | $ - |
| NVRCWP2428K | 8/4/2024 | Fail | | | | | | $ - | | | $ - |
| NVR-CWP-2407K | 5/9/2024 | Fail | $ 2,800.00 | | | | | $ - | | | $ - |
| NVR-CWP-2456K | 11/14/2024 | Fail | | | | | | | | | |
| NVR-CWP-2460K | 1/11/2025 | Fail | | | | | | | | | |
| NVR-CWP-2462K | 1/17/2025 | Fail | | | | | | | | | |
| K24-CWP01B6 | 1/12/2025 | Fail | | | | | | | | | |
| K24-CWP01C5 | 1/17/2025 | Fail | | | | | | | | | |
| | | | $ 17,200.00 | 246,290 | $ 859,552.10 | $ 255,310.48 | 100,100 | $ 349,349.00 | $ 204,525.34 | 24,840 | $ 86,691.70 |

| | |
|---|---|
| RM | $ 2,371,619.27 |
| Freight | $ 695,706.45 |
| Testing | $ 24,700.00 |
| **Subtotal** | **$ 3,094,368.94** |
| Affected FG | $ 94,032.00 |
| **Total Quality Claim** | **$ 3,188,400.94** |
| minus expired product | $ 57,544.93 |
| **Final Quality Claim** | **$ 3,130,856.02** |

| Freight In | Manna West Sac | $ | Freight in | CDS Stockton | $ | Freight in | DSV | $ | Freight in | CDS Muskogee | $ | Freight in | Prep Partners | $ | Freight in |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $  - | | | $  - | | | $  - | | | $  - | | | $  - | |
| | | $  - | | | $  - | | | $  - | | | $  - | | | $  - | |
| | | $  - | | | $  - | | | $  - | | | $  - | | | $  - | |
| | | $  - | | | $  - | | | $  - | | | $  - | | | $  - | |
| | | $  - | | | $  - | | | $  - | | | $  - | | | $  - | |
| | | $  - | | | $  - | | | $  - | | | $  - | | | $  - | |
| | | $  - | | | $  - | | | $  - | | | $  - | | | $  - | |
| | | $  - | | | $  - | | | $  - | | | $  - | | | $  - | |
| | | $  - | | | $  - | | | $  - | | | $  - | | | $  - | |
| | | $  - | | | $  - | 1,650 | $ 5,758.50 | 565 | | | $  - | | | $  - | |
| | | $  - | | | $  - | 11,550 | $ 40,309.50 | 3,960 | | | $  - | | | $  - | |
| $ 30,747.06 | | $  - | | | $  - | | | $  - | | | $  - | | | $  - | |
| $ 13,368.00 | | $  - | | | $  - | | | $  - | | | $  - | | | $  - | |
| $ 3,074.00 | | $  - | | | $  - | | | $  - | | | $  - | | | $  - | |
| | 4,377 | $ 15,276.71 | $ 1,501.75 | 9,900 | $ 34,551.00 | $ 3,396.70 | | $  - | | 4,015 | $ 14,012.35 | $ 1,377.45 | | $  - | |
| | 4,685 | $ 16,349.81 | $ 1,606.96 | 23,100 | $ 80,619.00 | $ 7,925.64 | | $  - | | 990 | $ 3,455.10 | $ 339.67 | | $  - | |
| | | $  - | | | $  - | 1,650 | $ 5,758.50 | $ 565.76 | | | $  - | | | $  - | |
| | | | | | | | | | | | | | 61,600 | 214984 | $ 41,860.66 |
| | | | | | | | | | | | | | 61,600 | 214984 | $ 41,860.66 |
| | | | | | | | | | | | | | 61,600 | 214984 | $ 41,860.66 |
| | | | | | | | | | | | | | 30,800 | 107492 | $ 20,930.33 |
| | | | | | | | | | | | | | 30,800 | 107492 | $ 20,930.33 |
| $ 47,189.06 | 9,062 | $ 31,626.52 | $ 3,108.71 | 33,000 | $ 115,170.00 | $ 11,322.34 | 14,850 | $ 51,826.50 | $ 5,090.76 | 5,005 | $ 17,467.45 | $ 1,717.12 | 246,400 | $ 859,936.00 | $ 167,442.64 |

Manna West Sac FG
CHF 24046    13005
STB 24059    1121

# NEEL BEVERAGES PVT. LTD.

| Document Name | Corrective Action Request | Document No. | NBPL-IA-FM-04 |
|---|---|---|---|
| Issue No | 02 | Rev No. | 00 |
| Date of Issue | 03.04.24 | Revision Date | 00 |

## CAPA

| PROCESS/ FUNCTION/ PRODUCT | COCONUT WATER POWDER | AUDITOR | Trupti Parab |
|---|---|---|---|

**Non-Conformance / Deficiency:**

1. Clumping and black oxidized solids identified by customer in Coconut Water Powder having batch no. K-CWP05C1 manufactured on 15.05.23. The test carried out by the client reveals black solids composed of organic material i.e the product itself, not foreign material.

2. Metal foreign object found in product having batch no. K-CWP05C1

**Root Cause/ Correction / Corrective Action / Preventive Action**

**Root Cause Analysis:**

**What:** Clumping of product particles and turning into black solids observed by customer.

Presence of foreign metal objects in product.

**Why:** Probable lapse in storage conditions or exposure of the product to outside environment.

Lapse in identification of foreign object, probable cause of contamination through equipment in the supply chain

**Corrective Action:**

1. Air Handling Unit (AHU) has been updated and modified in the facility to manage and control moisture better.
2. Overall moisture in the product has been reduced in the CWP.
3. Extra layer of filter added in sieving process to reduce passage of foreign objects.

**Preventive Action:**

Clumping has occurred in the past. To prevent or minimize this from happening in the future, we have considerably reduced the moisture levels of the CWP. Regarding black particles or clumped black particles, we have never seen their occurrence before. However, our product knowledge, coupled with an assumption in this case leads us to believe that the product may have come into contact with oxygen for a prolonged period of time or had not been stored as per the guidelines on the product specification. Suggested storage conditions must be adhered to. To prevent this, storage conditions have been updated, detailed, and attached to this document for your reference.

Metal detector has been added on the line since November 2023. Given the particle size of the clumps as provided by the customer it will be effective in identifying metal foreign objects if any in the future.

**Auditor Signature:**     **Date: 03.04.24**

Reviewed By-





CIN:U15541MH2008PTC180292

## PRODUCT SPECIFICATION

### COCONUT WATER POWDER

Date: 3rd April 2024

| Nutritional Analysis (per 100g) : | Result |
|---|---|
| Calories | 340 - 370 Cal |
| Fat – Total | <0.3 g |
| Saturated Fat | <0.3 g |
| Poly Fat | 0 |
| Mono Fat | 0 |
| Trans Fatty Acids | < 0.2 g |
| Cholesterol | 0-20 mg |
| Sodium | 50 - 110 mg |
| Carbohydrates | 70 - 90 g |
| Dietary Fiber | 0 |
| Soluble Fiber | < 1.0 g |
| Insoluble Fiber | < 1.0 g |
| Sugar – Total | 50 - 80 g |
| Moisture | < 5% |
| Protein | 0.30 - 0.50 g |
| Vitamin D | 0 |
| Ash | 5 -15 g |
| Zinc | 0 |
| Calcium | 110 - 145 mg |
| Potassium | 4000 - 6000 mg |
| Vitamin A | 0 |
| Vitamin C | 0 |
| Phosphorus | 10 – 20 mg |
| Magnesium | 60 - 75 mg |

| Allergens : | In Product | On Same Line | In Facility |
|---|---|---|---|
| Peanuts | No | No | No |
| Tree Nuts | YES* | YES | YES |
| Eggs | No | No | No |
| Dairy | No | No | No |
| Fish | No | No | No |
| Crutaceans | No | No | No |
| Soybeans | No | No | No |
| Wheat | No | No | No |
| Gluten | No | No | No |
| Sulfites (>10 ppm) | No | No | No |
| Sesame | No | No | No |
| Mustard | No | No | No |
| Mollusks | No | No | No |
| Corn | No | No | No |
| FD&C Yellow #5 & #6 | No | No | No |

*Made with coconut – Allergen in the U.S. Only

**Organoleptic Properties :**
Appearance : White/Off-White Powder
Aroma & Flavor : Coconut

**Physical/Chemical Properties**
Moisture :   < 5%
Potassium :  >4000 & <6000 mg

**Heavy Metal Properties :**
Arsenic :   Max 1.1 mg/kg
Cadmium : Max 1.5 mg/kg
Copper   : Max 30  mg/kg
Iron      : < 20 mg/kg
Lead  :   Max 2.5 mg/kg
Mercury : Max 1.0 mg/kg
Tin      : Max 250 mg/kg

**Microbiological Properties**
Total Plate Count :        <10,000 cfu/g
Coliform Count :          <10 cfu/g
Yeast & Mold Count :     <1000 cfu/g
E.Coli :               ABSENT
Staphylococcus Auereus:  ABSENT
Salmonella :            Negative / 25g
Alicyclobacillus          Absent /per 25g
Guaiacol               <10 cfu/g
Heat resistant mold:      <10 cfu/g

**Packaging and Storage:**
25 Kg Heavy Duty Bag in Corrugated Box

Storage Conditions:
Store in a cool, dry, and odor-free area.
Store at 60-80 degrees Fahrenheit at less than 70% relative humidity.
Upper limit for storage temperature is 45° C (113 Fahrenheit)
Do not freeze as powder may condense.
Do not leave the product unsealed. Product is hygroscopic and will absorb moisture if left open and exposed to the atmosphere.
Shelf life is 18 months from the date of manufacturing.



**NEEL BEVERAGES PVT. LTD.**
📞 +91 9920912123    📱  +91 8898060004
📍 D-202/226/227, Ansa Industrial Estate, Sakivihar Road, Sakinaka, Andheri (East), Mumbai - 400072
✉ info@neelbeverages.com    🌐 www.neelbeverages.com