# EXHIBIT A

Prime Hydration LLC
7201 Intermodal Drive STE A
Louisville, KY 40258
618-593-9867

# Purchase Order

| | | | | |
|---|---|---|---|---|
| **Purchase Order:** | PH-AGR-24001-7068 | | **PO Date** | 8/21/2023 |
| **Work Order:** | PH-AGR-24001 | | **Need By Date** | Multiple - Details Below |

| Vendor Info | | | Ship To | |
|---|---|---|---|---|
| **Name** | Agrovana | | **Business Name** | Multiple Locations |
| **Contact** | Tim Panagopoulos | | **Contact** | Layla Pezzullo |
| **Number** | tim.p@agrovanaus.com | | **Address** | layla@congobrands.com |
| | 617.719.0656 | | | Hallie Streib - 502.671.9606 |
| | | | | hallie.streib@congobrands.com |

| Product Description | Quantity | UOM | Shipping Date | Other Description | Unit Cost | Line Total |
|---|---|---|---|---|---|---|
| Coconut Water Powder - Fluorocess Aayush | 350,000 | kg | TBD - January | PH-CCNPWD-04 | $ 7.700 | $ 2,695,000.00 |
| Coconut Water Powder - Fluorocess Aayush | 350,000 | kg | TBD - February | PH-CCNPWD-04 | $ 7.700 | $ 2,695,000.00 |
| Coconut Water Powder - Fluorocess Aayush | 350,000 | kg | TBD - March | PH-CCNPWD-04 | $ 7.700 | $ 2,695,000.00 |
| Coconut Water Powder - Fluorocess Aayush | 350,000 | kg | TBD - April | PH-CCNPWD-04 | $ 7.700 | $ 2,695,000.00 |
| Coconut Water Powder - Fluorocess Aayush | 350,000 | kg | TBD - May | PH-CCNPWD-04 | $ 7.700 | $ 2,695,000.00 |
| Coconut Water Powder - Fluorocess Aayush | 350,000 | kg | TBD - June | PH-CCNPWD-04 | $ 7.700 | $ 2,695,000.00 |

**Other PO Notes**

Price inclusive of transportation to OL India - OL Logistics to arrange air or ocean freight to US co packer(s)

1H '24 Fluorocess Aayush CWP Volume - 25 FCLs per month (January, February, March, April, May, June)

***Placeholder POs to be confirmed 90 days prior to each need by date***

| | |
|---|---|
| Subtotal | $ 16,170,000.00 |
| Tax | 0 |
| Total | $ 16,170,000.00 |

| | |
|---|---|
| **Approved By Name** | Wyatt Bryant |
| **Approved by Title** | Director, External Manufacturing |
| **Approved By Signature** | Wyatt Bryant |

*Please send all invoices to Accounting@DrinkPrime.com and Ryan@DrinkPrime.com.

Prime Hydration LLC
7201 Intermodal Drive STE A
Louisville, KY 40258
618-593-9867

# Purchase Order

| | |
|---|---|
| Purchase Order: | PH-AGR2 4001-7067 |
| Work Order: | PH-AGR-2 4001 |

| | |
|---|---|
| PO Date | 8/21/2023 |
| Need By Date | Multiple - Details Below |

**Vendor Info**

| | |
|---|---|
| Name | Agrovana |
| Contact | Tim Panagopoulos |
| Number | tim.p@agrovanaus.com |
| | 617.719.0656 |

**Ship To**

| | |
|---|---|
| Business Name | TBD |
| Contact | Brooke Boothby - 630.777.7060 |
| Address | brooke.boothby@congobrands.com |
| | Hallie Streib - 502.671.9606 |
| | hallie.streib@congobrands.com |

| Product Description | Quantity | UOM | Shipping Date | Other Description | Unit Cost | Line Total |
|---|---|---|---|---|---|---|
| Coconut Water Powder - Fluorocess Nutravedic | 350,000 | kg | TBD - January | PH-CCNPWD-03 | $ 7.700 | $ 2,695,000.00 |
| Coconut Water Powder - Fluorocess Nutravedic | 350,000 | kg | TBD - February | PH-CCNPWD-03 | $ 7.700 | $ 2,695,000.000 |
| Coconut Water Powder - Fluorocess Nutravedic | 350,000 | kg | TBD - March | PH-CCNPWD-03 | $ 7.700 | $ 2,695,000.000 |
| Coconut Water Powder - Fluorocess Nutravedic | 350,000 | kg | TBD - April | PH-CCNPWD-03 | $ 7.700 | $ 2,695,000.000 |
| Coconut Water Powder - Fluorocess Nutravedic | 350,000 | kg | TBD - May | PH-CCNPWD-03 | $ 7.700 | $ 2,695,000.000 |
| Coconut Water Powder - Fluorocess Nutravedic | 350,000 | kg | TBD - June | PH-CCNPWD-03 | $ 7.700 | $ 2,695,000.000 |

**Other PO Notes**

Price inclusive of transportation to OL India - OL Logistics to arrange air or ocean freight to US co packer(s)

H1 '24 Fluorocess Nutravedic CWP Volume - 25 FCLs per month

**Placeholder POs to be confirmed 90 days prior to each need by date**

| | |
|---|---|
| Subtotal | $ 16,170,000.00 |
| Tax | 0 |
| Total | $ 16,170,000.00 |

| | |
|---|---|
| Approved By Name | Wyatt Bryant |
| Approved by Title | Director, External Manufacturing |
| Approved By Signature | |

*Please send all invoices to Accounting@DrinkPrime.com and Ryan@DrinkPrime.com.