# EXHIBIT B

# Agrovana, LLC
## Collections Report
### As of November 20, 2024

11:48 AM
11/20/2024

| Type | Date | Num | P. O. # | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---:|
| **Prime Hydration** | | | | | | | |
| **Prime Hydration, LLC** | | | | | | | |
| 618-593-9867 | | | | | | | |
| Invoice | 02/13/2024 | 719 | 7067 | Net 45 - FCA/OL Poesssion | 03/29/2024 | 236 | 107,800.00 |
| Invoice | 02/13/2024 | 720 | 7067 | Net 45 - FCA/OL Poesssion | 03/29/2024 | 236 | 107,800.00 |
| Invoice | 02/13/2024 | 721 | 7068 | Net 45 - FCA/OL Poesssion | 03/29/2024 | 236 | 107,800.00 |
| Invoice | 02/13/2024 | 722 | 7068 | Net 45 - FCA/OL Poesssion | 03/29/2024 | 236 | 107,800.00 |
| Invoice | 02/14/2024 | 727 | 7068 | Net 45 - FCA/OL Poesssion | 03/30/2024 | 235 | 107,800.00 |
| Invoice | 02/15/2024 | 730 | 7068 | Net 45 - FCA/OL Poesssion | 03/31/2024 | 234 | 107,800.00 |
| Invoice | 02/16/2024 | 731 | 7068 | Net 45 - FCA/OL Poesssion | 04/01/2024 | 233 | 107,800.00 |
| Invoice | 02/16/2024 | 732 | 7068 | Net 45 - FCA/OL Poesssion | 04/01/2024 | 233 | 107,800.00 |
| Invoice | 02/19/2024 | 733 | 7068 | Net 45 - FCA/OL Poesssion | 04/04/2024 | 230 | 107,800.00 |
| Invoice | 02/19/2024 | 734 | 7068 | Net 45 - FCA/OL Poesssion | 04/04/2024 | 230 | 107,800.00 |
| Invoice | 02/21/2024 | 738 | 7068 | Net 45 - FCA/OL Poesssion | 04/06/2024 | 228 | 107,800.00 |
| Invoice | 02/21/2024 | 739 | 7068 | Net 45 - FCA/OL Poesssion | 04/06/2024 | 228 | 107,800.00 |
| Invoice | 02/22/2024 | 741 | 7067 | Net 45 - FCA/OL Poesssion | 04/07/2024 | 227 | 107,800.00 |
| Invoice | 02/24/2024 | 742 | 7067 | Net 45 - FCA/OL Poesssion | 04/09/2024 | 225 | 107,800.00 |
| Invoice | 02/24/2024 | 743 | 7067 | Net 45 - FCA/OL Poesssion | 04/09/2024 | 225 | 107,800.00 |
| Invoice | 02/24/2024 | 744 | 7067 | Net 45 - FCA/OL Poesssion | 04/09/2024 | 225 | 107,800.00 |
| Invoice | 02/24/2024 | 745 | 7068 | Net 45 - FCA/OL Poesssion | 04/09/2024 | 225 | 107,800.00 |
| Invoice | 02/24/2024 | 746 | 7068 | Net 45 - FCA/OL Poesssion | 04/09/2024 | 225 | 107,800.00 |
| Invoice | 02/24/2024 | 747 | 7068 | Net 45 - FCA/OL Poesssion | 04/09/2024 | 225 | 107,800.00 |
| Invoice | 02/24/2024 | 748 | 7068 | Net 45 - FCA/OL Poesssion | 04/09/2024 | 225 | 107,800.00 |
| Invoice | 02/27/2024 | 749 | 7068 | Net 45 - FCA/OL Poesssion | 04/12/2024 | 222 | 107,800.00 |
| Invoice | 02/28/2024 | 750 | 7068 | Net 45 - FCA/OL Poesssion | 04/13/2024 | 221 | 107,800.00 |
| Invoice | 02/28/2024 | 751 | 7068 | Net 45 - FCA/OL Poesssion | 04/13/2024 | 221 | 107,800.00 |
| Invoice | 02/29/2024 | 752 | 7067 | Net 45 - FCA/OL Poesssion | 04/14/2024 | 220 | 107,800.00 |
| Invoice | 02/29/2024 | 753 | 7067 | Net 45 - FCA/OL Poesssion | 04/14/2024 | 220 | 107,800.00 |
| Invoice | 02/29/2024 | 754 | 7068 | Net 45 - FCA/OL Poesssion | 04/14/2024 | 220 | 107,800.00 |
| Invoice | 06/02/2024 | 756 | 7068 | Net 45 - FCA/OL Poesssion | 07/17/2024 | 126 | 107,800.00 |
| Invoice | 06/02/2024 | 757 | 7067 | Net 45 - FCA/OL Poesssion | 07/17/2024 | 126 | 107,800.00 |
| Invoice | 06/04/2024 | 758 | 7067 | Net 45 - FCA/OL Poesssion | 07/19/2024 | 124 | 107,800.00 |
| Invoice | 06/04/2024 | 759 | 7067 | Net 45 - FCA/OL Poesssion | 07/19/2024 | 124 | 107,800.00 |
| Invoice | 06/04/2024 | 760 | 7067 | Net 45 - FCA/OL Poesssion | 07/19/2024 | 124 | 107,800.00 |
| Invoice | 06/04/2024 | 761 | 7067 | Net 45 - FCA/OL Poesssion | 07/19/2024 | 124 | 107,800.00 |
| Invoice | 06/07/2024 | 762 | 7068 | Net 45 - FCA/OL Poesssion | 07/22/2024 | 121 | 107,800.00 |
| Invoice | 06/12/2024 | 764 | 7068 | Net 45 - FCA/OL Poesssion | 07/27/2024 | 116 | 107,800.00 |
| Invoice | 06/13/2024 | 766 | 7068 | Net 45 - FCA/OL Poesssion | 07/28/2024 | 115 | 107,800.00 |
| Invoice | 06/14/2024 | 767 | 7068 | Net 45 - FCA/OL Poesssion | 07/29/2024 | 114 | 107,800.00 |
| **Total Prime Hydration, LLC** | | | | | | | **3,880,800.00** |
| **Total Prime Hydration** | | | | | | | **3,880,800.00** |