UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AGROVANA, LLC,<br><br>    Plaintiff and Counterclaim-<br>    Defendant,<br><br>v.<br><br>CONGO BRANDS LLC,<br><br>    Defendant,<br><br>    and<br><br>PRIME HYDRATION, LLC,<br><br>    Defendant and Counterclaim-<br>    Plaintiff. | Civil Action No. 1:24-cv-12400 |

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT AGROVANA,
LLC'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO
<u>COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

**<u>EXHIBIT 8</u>**



 Outlook

## Re: Coconut Powder MDOLM232230

**From** Hallie Streib <hallie.streib@congobrands.com>
**Date** Fri 4/12/2024 2:50 PM
**To** Ana Nava <anava@1-scs.com>
**Cc** Monika Michalska <mmichalska@1-scs.com>

Thanks Ana!

Please upload a COD in the link below.
https://app.smartsheet.com/b/form/6cb40d3f49de44ba8aad7f00b908df4e



**Hallie Streib**
Supply Chain Analyst
hallie.streib@congobrands.com
P: (502) 671-9606

**From:** Ana Nava
**Sent:** Wednesday, April 10, 2024 11:47 AM
**To:** Hallie Streib
**Cc:** Monika Michalska
**Subject:** Coconut Powder MDOLM232230
Good morning Hallie,
Please see attachments.
We received this load of coconut powder with 1 of the boxes on the pallet damaged and leaking. 
ShipmentID: 31491-84961
PO# MDOLM232230
Thank you,
**Ana Nava**
Logistics Coordinator
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
**Phone:** 702-919-0111 ext. 347 | Mobile: 626-506-9228
**Email:** anava@1-scs.com



This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply email and delete this message. Thank you for your cooperation



 Outlook

**RE: Coconut Inventory on Hand**

**From** Monika Michalska <mmichalska@1-scs.com>

**Date** Mon 8/26/2024 9:56 AM

**To**   Myles Gibson <myles.gibson@congobrands.com>; Ana Nava <anava@1-scs.com>

📎 1 attachment (3 MB)

74484091085__FB171D95-D754-4879-BCA9-576961EF1EF0.jpeg;

Good morning Myles,

Sorry for the late response.

Yes, it was placed on HOLD. Please see the attached picture.

Thanks,
**Monika Michalska**
Logistics Manager
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
**Phone:** 702-919-0111 ext. 346 | **Mobile:** 702-472-1906
**Email:** mmichalska@1-scs.com



This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply email and delete this message. Thank you for your cooperation.

**From:** Myles Gibson <myles.gibson@congobrands.com>
**Sent:** Monday, August 26, 2024 9:48 AM
**To:** Ana Nava <anava@1-scs.com>; Monika Michalska <mmichalska@1-scs.com>
**Subject:** Re: Coconut Inventory on Hand

Good afternoon team,

Following up to ensure this lot was placed on hold?

Thank you,



**Myles Gibson**
Quality Assurance Specialist
myles.gibson@congobrands.com
P: (859) 693-2811

**From:** Myles Gibson <myles.gibson@congobrands.com>
**Date:** Thursday, August 8, 2024 at 1:28 PM
**To:** Ana Nava <anava@1-scs.com>, Monika Michalska <mmichalska@1-scs.com>
**Cc:** Morgan Waldner <morgan.waldner@congobrands.com>
**Subject:** Re: Coconut Inventory on Hand

Hey team,

Can you please place K24-CWP01C4 on hold as well?

Please confirm once this has been placed on hold and hold tags applied.

Thank you,

**From:** Ana Nava <anava@1-scs.com>
**Date:** Monday, August 5, 2024 at 15:22
**To:** Nicholas Cravens <nicholas.cravens@congobrands.com>, Myles Gibson <myles.gibson@congobrands.com>, Monika Michalska <mmichalska@1-scs.com>, Morgan Waldner <morgan.waldner@congobrands.com>, Raw Materials <rawmaterials@congobrands.com>
**Subject:** RE: Coconut Inventory on Hand


Received


Thank you,

**Ana Nava**
Logistics Coordinator
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
Phone: 702-919-0111 ext. 347  |  Mobile: 626-506-9228
Email: **anava@1-scs.com**



This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply email and

delete this message. Thank you for your cooperation.

**From:** Nicholas Cravens <nicholas.cravens@congobrands.com>
**Sent:** Monday, August 5, 2024 12:19 PM
**To:** Ana Nava <anava@1-scs.com>; Myles Gibson <myles.gibson@congobrands.com>; Monika Michalska <mmichalska@1-scs.com>; morgan.waldner@congobrands.com; Raw Materials <rawmaterials@congobrands.com>
**Subject:** RE: Coconut Inventory on Hand



# Nicholas Cravens
Senior Transportation Coordinator
nicholas.cravens @ congobrands.com

**From:** Ana Nava <anava@1-scs.com>
**Sent:** Monday, August 5, 2024 3:18 PM
**To:** Myles Gibson <myles.gibson@congobrands.com>; Monika Michalska <mmichalska@1-scs.com>; Morgan Waldner <morgan.waldner@congobrands.com>; Nicholas Cravens <nicholas.cravens@congobrands.com>; Raw Materials <rawmaterials@congobrands.com>
**Subject:** RE: Coconut Inventory on Hand

Good afternoon,

Will you provide BOL for this or would you like us to print one from our system.


Thank you,

**Ana Nava**
Logistics Coordinator
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
**Phone:** 702-919-0111 ext. 347 | **Mobile:** 626-506-9228
**Email:** anava@1-scs.com



This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply email and delete this message. Thank you for your cooperation.

**From:** Myles Gibson <myles.gibson@congobrands.com>
**Sent:** Friday, August 2, 2024 8:28 PM
**To:** Monika Michalska <mmichalska@1-scs.com>; morgan.waldner@congobrands.com; Ana Nava <anava@1-scs.com>; Nicholas Cravens <nicholas.cravens@congobrands.com>; Raw Materials <rawmaterials@congobrands.com>
**Subject:** Re: Coconut Inventory on Hand

+ @Nicholas Cravens @Raw Materials to help with coordinating the pickup.

Nick, please see the above pick up location for this shipment of coconut. It's one pallet that is needing to go to CBL.

Thanks,

Get Outlook for iOS



**Myles Gibson**
Quality Assurance Specialist
myles.gibson@congobrands.com
P: (859) 693-2811

**From:** Monika Michalska <mmichalska@1-scs.com>
**Sent:** Friday, August 2, 2024 7:53:49 PM
**To:** Myles Gibson <myles.gibson@congobrands.com>; Morgan Waldner <morgan.waldner@congobrands.com>; Ana Nava <anava@1-scs.com>
**Subject:** Re: Coconut Inventory on Hand

3010 E Alexander Rd
1004-1005
N Las Vegas, NV 89030

Thanks,
**Monika Michalska**

**From:** Myles Gibson <myles.gibson@congobrands.com>
**Sent:** Friday, August 2, 2024 4:28:56 PM
**To:** Monika Michalska <mmichalska@1-scs.com>; morgan.waldner@congobrands.com <morgan.waldner@congobrands.com>; Ana Nava <anava@1-scs.com>
**Subject:** Re: Coconut Inventory on Hand

006

Thanks, Monika!

Can you please confirm the pickup location for the pallet of coconut?

Thanks,



**Myles Gibson**
Quality Assurance Specialist
myles.gibson@congobrands.com
P: (859) 693-2811

**From:** Monika Michalska <mmichalska@1-scs.com>
**Date:** Friday, August 2, 2024 at 12:57
**To:** Myles Gibson <myles.gibson@congobrands.com>, Morgan Waldner <morgan.waldner@congobrands.com>, Ana Nava <anava@1-scs.com>
**Subject:** RE: Coconut Inventory on Hand

Yes. Please see attached. We will also put caution tape on it.

Thanks,
**Monika Michalska**
Logistics Manager
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
Phone: 702-919-0111 ext. 346 | Mobile: 702-472-1906
Email: mmichalska@1-scs.com



This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply email and delete this message. Thank you for your cooperation.

**From:** Myles Gibson <myles.gibson@congobrands.com>
**Sent:** Friday, August 2, 2024 9:33 AM
**To:** Monika Michalska <mmichalska@1-scs.com>; morgan.waldner@congobrands.com; Ana Nava <anava@1-scs.com>
**Subject:** Re: Coconut Inventory on Hand

Monika,

**007**

Thanks for the update. Can you please confirm if you all are placing a physical hold tag on this lot? We need to ensure that it doesn't get moved accidentally.

Thanks,

Get Outlook for iOS



**Myles Gibson**
Quality Assurance Specialist
myles.gibson@congobrands.com
P: (859) 693-2811

---

**From:** Monika Michalska <mmichalska@1-scs.com>
**Sent:** Friday, August 2, 2024 12:26:23 PM
**To:** Myles Gibson <myles.gibson@congobrands.com>; Morgan Waldner <morgan.waldner@congobrands.com>; Ana Nava <anava@1-scs.com>
**Subject:** RE: Coconut Inventory on Hand

Hi Myles,

Sorry for the delay.

LOT# NVR-CWP-2460K has been placed on hold. The pallet is ready.

Thanks,
**Monika Michalska**
Logistics Manager
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
**Phone:** 702-919-0111 ext. 346 | **Mobile:** 702-472-1906
**Email:** mmichalska@1-scs.com



This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply email and delete this message. Thank you for your cooperation.

---

**From:** Myles Gibson <myles.gibson@congobrands.com>
**Sent:** Friday, August 2, 2024 9:24 AM
**To:** Monika Michalska <mmichalska@1-scs.com>; morgan.waldner@congobrands.com; Ana Nava <anava@1-

scs.com>
**Subject:** Re: Coconut Inventory on Hand

Hey Monika,

Has the lot NVR-CWP-2460K been placed on hold? Also, where are we at with preparing one box of coconut/lot for shipping?

Thanks,



**Myles Gibson**
Quality Assurance Specialist
myles.gibson@congobrands.com
P: (859) 693-2811

**From:** Monika Michalska <mmichalska@1-scs.com>
**Sent:** Thursday, August 1, 2024 11:35:14 AM
**To:** Myles Gibson <myles.gibson@congobrands.com>; Morgan Waldner <morgan.waldner@congobrands.com>; Ana Nava <anava@1-scs.com>
**Subject:** RE: Coconut Inventory on Hand

Good morning Myles,

Working on it.

Thanks,
**Monika Michalska**
Logistics Manager
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
**Phone:** 702-919-0111 ext. 346 | **Mobile:** 702-472-1906
**Email:** mmichalska@1-scs.com



This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply email and delete this message. Thank you for your cooperation

**From:** Myles Gibson <myles.gibson@congobrands.com>
**Sent:** Thursday, August 1, 2024 8:19 AM

**009**

**To:** morgan.waldner@congobrands.com; Monika Michalska <mmichalska@1-scs.com>; Ana Nava <anava@1-scs.com>
**Subject:** Re: Coconut Inventory on Hand

Hey team,

Thanks for getting this inventory over to us. Can you please place the following lot on hold immediately: NVR-CWP-2460K.

Can you please provide an updated inventory report as of today?

One additional request, can you please pull one box from of the following lots to be shipped to our attention:

K-CWP11B5
K-CWP12A2
K-CWP12B4
K-CWP12D2
K24-CWP01C4
K24-CWP01B1

Please confirm once this pallet is ready to go.

Thank you,



**Myles Gibson**
Quality Assurance Specialist
myles.gibson@congobrands.com
P: (859) 693-2811

**From:** Morgan Waldner <morgan.waldner@congobrands.com>
**Date:** Friday, July 26, 2024 at 10:23
**To:** Monika Michalska <mmichalska@1-scs.com>, Ana Nava <anava@1-scs.com>, Myles Gibson <myles.gibson@congobrands.com>
**Subject:** Re: Coconut Inventory on Hand

Thank you!

**010**



**Morgan Waldner**
Quality Assurance Specialist
morgan.waldner@congobrands.com

*Alani*  **PRIME**  **3D**

**From:** Monika Michalska <mmichalska@1-scs.com>
**Date:** Friday, July 26, 2024 at 10:19 AM
**To:** Morgan Waldner <morgan.waldner@congobrands.com>, Ana Nava <anava@1-scs.com>,
Myles Gibson <myles.gibson@congobrands.com>
**Subject:** RE: Coconut Inventory on Hand

Good morning Morgan,

On hand shows boxes.

Thanks,
**Monika Michalska**
Logistics Manager
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
**Phone:** 702-919-0111 ext. 346 | **Mobile:** 702-472-1906
**Email:** mmichalska@1-scs.com



This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy,
disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply email and
delete this message. Thank you for your cooperation

**From:** Morgan Waldner <morgan.waldner@congobrands.com>
**Sent:** Friday, July 26, 2024 5:40 AM
**To:** Ana Nava <anava@1-scs.com>; Myles Gibson <myles.gibson@congobrands.com>
**Cc:** Monika Michalska <mmichalska@1-scs.com>
**Subject:** Re: Coconut Inventory on Hand

Question for you,

Is the on hand referring to boxes or lbs?

Thank you,

**011**



**Morgan Waldner**
Quality Assurance Specialist
morgan.waldner@congobrands.com

Alani    PRIME    3D

**From:** Ana Nava <anava@1-scs.com>
**Date:** Thursday, July 25, 2024 at 5:58 PM
**To:** Myles Gibson <myles.gibson@congobrands.com>
**Cc:** Monika Michalska <mmichalska@1-scs.com>, Morgan Waldner
<morgan.waldner@congobrands.com>
**Subject:** RE: Coconut Inventory on Hand

Hi Myles,

Please see attached and let us know if you want us to update our system with the Batch# instead of Lot#.


Thank you,

**Ana Nava**
Logistics Coordinator
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
**Phone:** 702-919-0111 ext. 347  |  **Mobile:** 626-506-9228
**Email: anava@1-scs.com**



This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply email and delete this message. Thank you for your cooperation.

**From:** Ana Nava
**Sent:** Wednesday, July 24, 2024 2:09 PM
**To:** Myles Gibson <myles.gibson@congobrands.com>
**Cc:** Monika Michalska <mmichalska@1-scs.com>; morgan.waldner@congobrands.com
**Subject:** RE: Coconut Inventory on Hand

Hi Myles,

Sorry for the delay, we are working on this but as we are having to check every pallet for this information, we will have it for you tomorrow.

Thank you,

**Ana Nava**
Logistics Coordinator
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
Phone: 702-919-0111 ext. 347  |  **Mobile:** 626-506-9228
**Email:** **anava@1-scs.com**



This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply email and delete this message. Thank you for your cooperation.

**From:** Myles Gibson <myles.gibson@congobrands.com>
**Sent:** Wednesday, July 24, 2024 12:33 PM
**To:** Ana Nava <anava@1-scs.com>
**Cc:** Monika Michalska <mmichalska@1-scs.com>; morgan.waldner@congobrands.com
**Subject:** Re: Coconut Inventory on Hand

Hey Ana,

Thanks for this information. However, we need the actual lot code and not the batch date. Can you please provide this information as soon as possible.

Thanks,



**Myles Gibson**
Quality Assurance Specialist
myles.gibson@congobrands.com
P: (859) 693-2811

**From:** Ana Nava <anava@1-scs.com>
**Sent:** Wednesday, July 24, 2024 11:47:52 AM
**To:** Myles Gibson <myles.gibson@congobrands.com>

**Cc:** Monika Michalska <mmichalska@1-scs.com>
**Subject:** RE: Coconut Inventory on Hand

Hi Myles,

Please see attached.


Thank you,

**Ana Nava**
Logistics Coordinator
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
**Phone:** 702-919-0111 ext. 347 | **Mobile:** 626-506-9228
**Email:** anava@1-scs.com



This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply email and delete this message. Thank you for your cooperation.

**From:** Ana Nava
**Sent:** Wednesday, July 24, 2024 8:42 AM
**To:** Myles Gibson <myles.gibson@congobrands.com>
**Cc:** Monika Michalska <mmichalska@1-scs.com>
**Subject:** RE: Coconut Inventory on Hand

Good morning Myles,

Working on this.


Thank you,

**Ana Nava**
Logistics Coordinator
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
**Phone:** 702-919-0111 ext. 347 | **Mobile:** 626-506-9228
**Email:** anava@1-scs.com



This message may contain confidential and/or privileged information. If you are not the intended recipient or authorized to receive this for the intended recipient, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by sending a reply email and delete this message. Thank you for your cooperation.

**From:** Myles Gibson <myles.gibson@congobrands.com>
**Sent:** Wednesday, July 24, 2024 4:30 AM
**To:** Ana Nava <anava@1-scs.com>
**Subject:** Coconut Inventory on Hand
**Importance:** High

Good morning Ana,

Can you please send me a comprehensive inventory report of all the coconut you have on hand? Please include the lot codes, expiration dates, and the quantities for each lot.

Thank you,



**Myles Gibson**
Quality Assurance Specialist
myles.gibson@congobrands.com
P: (859) 693-2811





 Outlook

## Re: Congo Brands Inventory Count

**From** Radoslaw Kaczowka <rkaczowka@1-scs.com>

**Date** Tue 12/17/2024 11:43 AM

**To** Paul Bradley <paul.bradley@congobrands.com>; Monika Michalska <mmichalska@1-scs.com>; Michal Michalski <mmichalski@1-scs.com>; Raf Bajka <rbajka@1-scs.com>

📎 1 attachment (432 KB)
Prime Expired Products.pdf;

Good afternoon Paul,

Please see the attached report with all the product of Prime that is expired.

*— See 21–23 infra*

**Radosław Kaczowka**
Production Manager
*ONESCS*
4141 Distribution Circle | N. Las Vegas, NV 89030
Phone: 702-919-0111 ext. 414 | Mobile: 708-925-4718
Email: rkaczowka@1-scs.com | www.onesupplychainsolution.com



**From:** Radoslaw Kaczowka <rkaczowka@1-scs.com>
**Sent:** Monday, December 16, 2024 11:24 AM
**To:** Paul Bradley <paul.bradley@congobrands.com>; Monika Michalska <mmichalska@1-scs.com>; Michal Michalski <mmichalski@1-scs.com>; Raf Bajka <rbajka@1-scs.com>
**Subject:** Re: Congo Brands Inventory Count

Adding @Monika Michalska @Michal Michalski and @Raf Bajka.

We will send you the report with expired products by EOD.

Thanks

Get Outlook for iOS

**From:** Paul Bradley <paul.bradley@congobrands.com>
**Sent:** Monday, December 16, 2024 11:09:29 AM
**To:** Radoslaw Kaczowka <rkaczowka@1-scs.com>
**Subject:** RE: Congo Brands Inventory Count

Whenever you're free, can you give me a call at 502-500-6113?  I just want to talk through the feasibility of a 100% count of inventory and gain insight on any expired goods on hand.

## Paul Bradley
**SR Manager, Inventory & Cost Accounting**
paul.bradley@congobrands.com



Disclaimer: This electronic message is intended for transmission by Congo LLC to authorized persons only. It may contain information that is confidential, privileged, proprietary, or subject to other confidentiality protections. It is not intended for transmission to, or receipt by, any unauthorized persons. If you are not authorized to receive this message, you may not review, copy, forward, or otherwise distribute this message. If you have received this message in error, please notify the sender by replying to this e-mail and delete it from your system. Thank you.

**From:** Radoslaw Kaczowka <rkaczowka@1-scs.com>
**Sent:** Monday, December 16, 2024 12:45 PM
**To:** Paul Bradley <paul.bradley@congobrands.com>; Szymon Szymanski <Sszymanski@1-scs.com>; Monika Michalska <mmichalska@1-scs.com>; Ana Nava <anava@1-scs.com>; Raf Bajka <rbajka@1-scs.com>
**Subject:** Re: Congo Brands Inventory Count

You don't often get email from rkaczowka@1-scs.com. Learn why this is important
Good morning Paul,

Nice to meet you. January 2nd at 8am aligns with us as well.

Do you have any specific requirements from us?  Let us know anything you might require in advance.

Thank You

**Radoslaw Kaczowka**
Production Manager
*ONESCS*
4141 Distribution Circle | N  Las Vegas, NV 89030
Phone: 702-919-0111 ext. 414 | Mobile: 708-925-4718
Email: rkaczowka@1-scs.com | www.onesupplychainsolution.com



**From:** Paul Bradley <paul.bradley@congobrands.com>
**Sent:** Monday, December 16, 2024 9:34 AM
**To:** Radoslaw Kaczowka <rkaczowka@1-scs.com>; Szymon Szymanski <Sszymanski@1-scs.com>; Monika Michalska <mmichalska@1-scs.com>; Ana Nava <anava@1-scs.com>; Raf Bajka <rbajka@1-scs.com>
**Subject:** Congo Brands Inventory Count

Hello Radoslaw — My name is Paul Bradley, and I will be the Congo Representative counting inventory on January 2nd.  Just wanted to provide an introduction contact and please let me know if there's anything additional that I will need to be prepared for the count.

I plan on arriving to the facility January 2nd at 8am.

Thanks,

Paul

## Paul Bradley
**SR Manager, Inventory & Cost Accounting**
paul.bradley@congobrands.com



Disclaimer: This electronic message is intended for transmission by Congo LLC to authorized persons only. It may contain information that is confidential, privileged, proprietary, or subject to other confidentiality protections. It is not intended for transmission to, or receipt by, any unauthorized persons. If you are not authorized to receive this message, you may not review, copy, forward, or otherwise distribute this message. If you have received this message in error, please notify the sender by replying to this e-mail and delete it from your system. Thank you.

| Row Labels | Count of Lot Number | Sum of On Hand Primary |
|---|---|---|
| **PH1201ORG** | **1** | **48** |
| PH Orange 12pk | 1 | 48 |
| 120423 | 1 | 48 |
| **PH1202TRP** | **431** | **51181** |
| PH Tropical Punch 12pk | 431 | 51181 |
| 101323 | 20 | 2380 |
| 101423 | 1 | 119 |
| 102023 | 6 | 714 |
| 112123 | 84 | 9996 |
| 112223 | 66 | 7746 |
| 112423 | 184 | 21896 |
| 112523 | 70 | 8330 |
| **PH1203GRP** | **100** | **11854** |
| PH Grape 12pk | 100 | 11854 |
| 111323 | 4 | 476 |
| 111423 | 1 | 73 |
| 120323 | 95 | 11305 |
| **PH1204LML** | **480** | **56900** |
| PH Lemon Lime 12pk | 480 | 56900 |
| 092623 | 1 | 117 |
| 092723 | 1 | 17 |
| 100423 | 28 | 3332 |
| 100523 | 11 | 1309 |
| 102323 | 16 | 1904 |
| 102423 | 2 | 238 |
| 111123 | 1 | 119 |
| 112423 | 27 | 3213 |
| 112523 | 227 | 27013 |
| 112623 | 102 | 12136 |
| 112723 | 64 | 7502 |
| **PH1205BLR** | **285** | **33774** |
| PH Blue Razz 12pk | 285 | 33774 |
| 083123 | 1 | 119 |
| 100623 | 1 | 119 |
| 100923 | 1 | 67 |
| 111423 | 1 | 119 |
| 111523 | 3 | 357 |
| 111623 | 2 | 149 |
| 112823 | 26 | 3094 |
| 112923 | 177 | 21063 |
| 113023 | 61 | 7259 |
| 120423 | 12 | 1428 |
| **PH1206SWM** | **402** | **47789** |
| PH Strawberry Watermelon 12pk | 402 | 47789 |
| 111023 | 12 | 1428 |
| 111123 | 125 | 14875 |
| 111223 | 145 | 17255 |

| | | |
|---|---:|---:|
| 111323 | 20 | 2380 |
| 112723 | 34 | 4046 |
| 112823 | 66 | 7805 |
| **PH1207BMB** | **1** | **6** |
| PH Ice Pop 12pk | 1 | 6 |
| 110723 | 1 | 6 |
| **PH1208MTM** | **8** | **648** |
| PH Meta Moon 12pk | 8 | 648 |
| 060423 | 1 | 118 |
| 090123 | 1 | 23 |
| 090423 | 1 | 7 |
| 111023 | 1 | 24 |
| 113023 | 2 | 238 |
| 120523 | 2 | 238 |
| **PH1211LMN** | **103** | **12072** |
| PH Lemonade 12pk | 103 | 12072 |
| 110323 | 1 | 37 |
| 121323 | 4 | 476 |
| 121523 | 70 | 8330 |
| 121623 | 28 | 3229 |
| **PH1215LAD** | **69** | **7917** |
| PH USA - ICE POP FLY | 69 | 7917 |
| 082123 | 1 | 118 |
| 082323 | 49 | 5538 |
| 082423 | 3 | 357 |
| 082523 | 16 | 1904 |
| **PH1216CHF** | **1** | **34** |
| PH Cherry Freeze 12pk | 1 | 34 |
| 120723 | 1 | 34 |
| **PH-CCNPWD-03** | **84** | **2179** |
| PH Coconut Water Powder - Fluorocess Nutravedic | 84 | 2179 |
| K-CWP08A6 | 1 | 18 |
| K-CWP08C2 | 1 | 23 |
| K-CWP08C4 | 3 | 73 |
| K-CWP08C5 | 1 | 30 |
| K-CWP08C7 | 4 | 43 |
| K-CWP08C8 | 9 | 171 |
| K-CWP10D3 | 4 | 112 |
| K-CWP11B5 | 19 | 531 |
| K-CWP124B4 | 13 | 364 |
| K-CWP12A2 | 20 | 559 |
| K-CWP12B4 | 7 | 195 |
| NVR-CWP-2410K | 2 | 60 |
| **PH-PREMIX-02** | **21** | **981** |
| PH Premix AF33676-22 | 21 | 981 |
| 1000302451 | 1 | 7 |
| 1000305493 | 1 | 79 |
| 1000305845 | 2 | 72 |

| | | |
|---|---|---|
| 1000306433 | 1 | 60 |
| CP231007 | 2 | 119 |
| CP231020 | 1 | 19 |
| CP231109 | 1 | 60 |
| U11859 | 1 | 25 |
| V19048 | 1 | 60 |
| V19052 | 1 | 60 |
| V19053 | 1 | 60 |
| V19054 | 1 | 18 |
| V19055 | 1 | 42 |
| V19056 | 3 | 143 |
| V19057 | 1 | 37 |
| V19058 | 2 | 120 |
| **PH-PREMIX-03** | **10** | **256** |
| **PH Hydration Blend** | **10** | **256** |
| F23100693C | 5 | 122 |
| F23100702C | 2 | 54 |
| F23100714C | 3 | 80 |
| **PH-PREMIX-07** | **1** | **17** |
| **PH Premix- No Vitamin A & BCAAs** | **1** | **17** |
| H23061235B | 1 | 17 |
| **Grand Total** | **1997** | **225656** |