UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AGROVANA, LLC,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>CONGO BRANDS LLC,<br><br>    Defendant,<br><br>and<br><br>PRIME HYDRATION, LLC,<br><br>    Defendant and Counterclaim-Plaintiff. | Civil Action No. 1:24-cv-12400 |

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT AGROVANA, LLC'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO <u>COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

<u>**EXHIBIT 11**</u>

**Edward Foye**

| | |
|---|---|
| **From:** | Edward Foye |
| **Sent:** | Friday, July 11, 2025 4:11 PM |
| **To:** | Cummins, Peter M.; Marino, Matthew G. |
| **Subject:** | FW: Agrovana: Teams chats |

**Without waiver of any work product protection and with all rights reserved, see below.**

**From:** Chris Breton <cbreton@dataminediscovery.com>
**Sent:** Friday, July 11, 2025 3:26 PM
**To:** Edward Foye <EFoye@arrowoodllp.com>
**Cc:** Support <support@dataminediscovery.com>
**Subject:** Re: Agrovana: Teams chats

Good Afternoon Ed,

Hope all is well. Yes, our forensic team has software that can capture teams communications, the output ends up looking similar to a text message conversation.

Thanks,
Chris Breton



Chris Breton
Partner
Senior Project Manager
Datamine Discovery
{c} 401.481.1669

dataminediscovery.com
cbreton@dataminediscovery.com

Upcoming Days Off: 7/31, 8/1


On Fri, Jul 11, 2025 at 3:22 PM Edward Foye <EFoye@arrowoodllp.com> wrote:

**Chris,**

**Have you ever had to work with Microsoft Teams chats, specifically downloading them for production?**

1

Edward Foye

# ARROWOOD LLP

*We've moved!!!*

One Bowdoin Square. 3d Floor

Boston, MA 02114

(617) 849-6200

(617) 849-6216 direct dial

(617) 849-6201 facsimile

efoye@arrowoodllp.com

www.arrowoodllp.com